FILED

APR 24 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DENIS ALVAREZ-CASTILLO, Defendant. | Criminal Case No. 08CR1326-WQH<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine |

The United States Attorney charges:

On or about March 28, 2008, within the Southern District of California, defendant DENIS ALVAREZ-CASTILLO, did knowingly and intentionally import approximately 34.78 kilograms (76.51 pounds), of cocaine, Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 24, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
4/23/08